IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

STACEY LEE JACOBS
301 PARADISE DR.
SAVANNAH, GA 31406

)
)
)
)
)
)
)
)
)

Chapter 13
Case No. 17-40457-EJC

Debtor(s)

### TRUSTEE'S MOTION TO CONFIRM PLAN AS AMENDED

Trustee moves that debtor(s)' plan as amended herein be confirmed. The plan, as amended, commits Debtor(s)' disposable income to the plan for a period of at least thirty-six months (36) and otherwise conforms to the requirements of Title 11. The plan, as amended, in order to meet the liquidation test of §1325(a)(4) will pay **$100.00** or more to unsecured creditors, but in any event will pay not less than **0%** of the total allowed unsecured claims.

Debtor(s)' plan is amended to:

[X] *Raise payments/extend plan* as follows: RAISE Plan payment to $590.00 per month and EXTEND Plan term to 60 months to pay as proposed.

[ ] Change valuation(s) as follows:

[ ] Allow/Modify/Disallow claims as follows:

[ ] Allow the following creditors a period of _____ days following confirmation to liquidate the collateral surrendered under the Debtor(s)' plan and to file any deficiency general unsecured claim subject to any party in interest's right to object to any subsequent claim:

[ ] Retain the right to file objections by the Debtor(s) to following claims within 30 days of confirmation:

[X] OTHER:  Trustee objection resolved.

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given. This  6  day of July, 2017.

If applicable:

_____
Debtor Counsel - JEFFREY S HANNA   323559

_____
Debtor

_____
Debtor

_____
Creditor's Counsel

_____
Creditor's Counsel

_____
Chapter 13 Trustee Attorney

_____ O. BYRON MEREDITH III, Trustee, Georgia Bar #002300

_____ JEFF NARMORE, Georgia Bar #412079

_____ LAURA A. GRIFKA, Georgia Bar #312055

_____ CARRI H. JOHNSON, Georgia Bar #301590

138